# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| JODY WAYNE PICKETT | § | |
| | § | CIVIL ACTION NO. 9:17-cv-65 |
| v. | § | |
| | § | |
| CHRISTOPHER B. CAIN, et al. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. On March 6, 2018, Judge Hawthorn entered a report (Doc. No. 26) recommending the court dismiss without prejudice the above-styled complaint under FED. R. CIV. P. 41(b) for failure to comply with a court order. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 26) is **ADOPTED**, and the Plaintiff's complaint is **DISMISSED** without prejudice.

A final judgment will be entered separately.

**So Ordered and Signed**
**Apr 9, 2018**

_____
Ron Clark, United States District Judge